IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Terri L. Thomas, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:08-cv-0675 |
| Michael J. Astrue, | : | JUDGE FROST |
| Commissioner of Social Security, | : | |
| Defendant. | | |

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 18, 2009. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. This case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.

    /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE